## JOSEPH R. BENFANTE, P.C.

ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

TELEPHONE: (212) 227-4700

JON L. NORINSBERG
OF COUNSEL

July 20, 2011

FACSIMILE:  (212) 406-6890

VIA ECF
Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Richard Lotito
Criminal Docket Number 09-672 (NGG)

Dear Judge Garaufis:

Please be advised that the undersigned attorney represents Mr. Richard Lotito who is currently scheduled to appear before Your Honor for sentencing on Friday, July 22, 2011.

Pursuant to a telephone conversation today with your Courtroom Deputy Joseph Reccoppa, I am respectfully requesting an adjournment on behalf of Mr. Lotito until Friday, September 16, 2011; in that additional time is needed to prepare a sentencing memorandum.

I have communicated with Assistant United States Attorney Nicole Argentieri and she consents to this request.

Therefore, it is respectfully requested that an adjournment be granted to Friday, September 16, 2011.

Thank you for your courtesy in this matter.

Respectfully yours,

JOSEPH R. BENFANTE

JRB:jb

cc:    Nicole M. Argentieri, Esq.
       Assistant United States Attorneys (via ECF)