U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-09-672 (NGG) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Manny Bana, et al. | Restoration |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service-EDNY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Claire S. Kedeshian

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute the granted restoration request by the Asset Forfeiture and Money Laundering Section dated March 21, 2012. Please transfer the net proceeds, up to the amount of $96,000, of the below listed assets to the Court for application toward the restitution order entered against Richard Lotito.

CATS ID# 10-FBI-007069 and 11-FBI-001468

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
AUSA Claire S. Kedeshian
TELEPHONE NUMBER: (718) 254-6051
DATE: 3/26/2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: District of Origin No. 53   District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk: Marsella
Date: 3/26/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 4/3/12   Time: pm
Signature of U.S. Marshal or Deputy: Marsella

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.70 | | | $55.20 | | | |

REMARKS:
$3,079.00 (10-FBI-007069), $46,695.52 (11-FBI-001468) transferred to Clerk of the Court, EDNY on 4/3/12

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)